SCANNED AT IL RIVER and E-mailed
4-2-19  by DR  U
date

E-FILED
Tuesday, 02 April, 2019 01:22:20 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Verdus Collins _____ ,                    )
                                                   )
                                                   )
                Plaintiff                          )
                                                   )
                                                   )
        vs.                                        )        Case No. _____
                                                   )
                                                   )        *(The case number will be assigned by the clerk)*
Illinois River Health Care Department              )
LPN Brittany Miller, Wexford                        )
Health Care Sources Inc.                            )
_____                  )
_____                  )
_____                  )
_____                  )
_____                  )
_____ ,                )
                                                   )
                Defendant(s)                        )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Verdus Collins

Prison Identification Number: M33767

Current address: Illinois River Correctional Center    P.O. Box 999

Canton, IL  61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Illinois River Correctional Center Health Care department

Current Job Title: Health Care

Current Work Address _____

_____

Defendant #2:

Full Name: Brittany Miller

Current Job Title: LPN

Current Work Address _____

_____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Illinois River Correctional Center

4

Date(s) of the occurrence ___January 12, 2019___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On 1-12-19 I was dribbling a basketball, turned and felt a pop in the back of my ankle. I.R.C.C. was incapable and unequipped to diagnose me with the correct injury. After numerous trips to nurse sick call because of discoloration and excruciating pain, the LPN Brittany Miller at I.R.C.C sent me to an outside hospital for an ultrasound. I went to Graham Hospital in Clinton, Illinois 2-4-19 to see medical physician Dr. Kurt Osmundson in the radiology department. Sonogram showed I have a ruptured and torn achilles tendon and needs surgery as soon as possible. He also stated I shouldn't be in a walking boot but a wheelchair until surgery. I returned back to the HCU at I.R.C.C. and was told by LPN Brittany Miller at I.R.C.C. I will be scheduled for a follow up after they receive the doctors findings. Still in constant and excruciating pain I signed up for nurse sick call to inquire about medical chair because I fell in shower due to lack of balance because of injury, walking boot contract and scheduling of surgery. I was told by nurse Tina Stegall at I.R.C.C. a refusal was signed on 2-7-19. I told her I never received a pass nor did I ever come to the HCU on that day. Due to the incompetence of the nursing staff and HCU furthermore prolonging the services that I need to repair my torn achilles tendon. This has become medically gross and negligent on behalf of I.R.C.C. HCU department and LPN Brittany Miller. Because of the lack of professionalism and lack of service that I need to repair my achilles tendon. A blatant run to subvert their owning incompetence and this can be proven. I was called to the HCU at I.R.CC. 2-28-19 for my follow up by LPN Brittany Miller who is deliberately defying and down playing Dr. Osmundson's findings. Dr. Osmundson said I needed surgery to repair my torn achilles tendon and after surgery rehab will be 6-8 months. LPN Brittany Miller is saying No

5

I do not need surgery but to continue wearing walking boot and proceed with rehab; which is her own medical opinion because of studies she's seen not facts and is in complete defiance of Dr. Osmundsons' findings. He stated I should not be in a walking boot but wheel chair bound until I have surgery. LPN Brittany Miller said no I don't need surgery just a walking boot and rehab for 12 weeks. This is unacceptable and directly shows the incompetence and carelessnes of LPN Brittany Miller and the Health Care Unit department at I.R.C.C. Due to the incompetence of the HCU at I.R.C.C I have to indurate loss of mobility and have to return to working class society disabled. My outdate is 4-24-19. Sustaining this injury is absolutely the fault of I.R.C.C. HCU department. This depravation of surgery for my injury is directly related to medical negligence, Malpractice, and incompetence.

RELIEF REQUESTED

(State what relief you want from the court.)

I want I.R.C.C. HCU dep. and LPN Brittany Miller held repsensible and monetary Compensated for $1.5 million

7

as well as punitive compensated damages

_____

JURY DEMAND          Yes ☑      No ☐

Signed this ___April___ day of ___2_____, 20 _19_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Verdus Collins | M33768 |
| Address: Illinois River Correctional Center P.O. Box 999 Canton, IL 61520 | Telephone Number: |